UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                                                          Case No: 5:16-cv-158-Oc-30PRL

1.559 ACRES OF LAND IN LAKE
COUNTY FLORIDA, JIMMY EDWARD
ROZAR, BETTY SUE ROZAR, JIMMY
DALE ROZAR, CAROL ANN MAYER
and UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal without Prejudice (Doc. 60). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of April, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record